```
                                    FILED
                              07 OCT 12 PM 1:58
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Constance Melkonian, | |
|---|---|
| Plaintiff, | CASE NO: 06cv2081 JLS (BLM) |
| v. | **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

The Court is in receipt of plaintiff's motion for an extension of time to file a reply brief in opposition to defendant's cross-motion for summary judgment.[1] The Clerk's Office **SHALL FILE** plaintiff's motion.

On October 10, 2007, the Court ordered defendant "to show cause why the Court should not set a revised briefing schedule (including a date certain for defendant to file an opposition and cross-motion)." (Doc. No. 42, at 2.) Therefore, the Court **GRANTS** plaintiff's motion for an extension of time. However, plaintiff **SHALL NOT FILE** her reply until the Court first issues the revised briefing schedule.

IT IS SO ORDERED.

DATED: October 12, 2007

                                                               Honorable Janis L. Sammartino
                                                             United States District Judge

---

[1] Defendant has, in fact, never filed any such cross-motion, but has only answered the complaint.