UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE MELKONIAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 06cv2081-JLS (BLM)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE** |

　　On December 11, 2007, Defendant in the above matter filed an *ex parte* application requesting a continuance of the January 18, 2007 hearing date. Doc. No. 51. The hearing concerns Plaintiff's motion for summary judgment, and the matter is to be resolved under submission. Doc. No. 50. In support of his application, Defendant stated that the Special Assistant United States Attorney assigned to the matter was on emergency medical leave through the end of the year. Id.

　　Defendant's application is **GRANTED**. Defendant must file any cross-motion for summary judgment on or before **January 2, 2008**. Plaintiff must file any opposition to the cross-motion by **January 16, 2008**. Defendant must file any reply brief on or before **January 30, 2008**.

The matter will be heard on **February 13, 2008** at **9:00 a.m.** *Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved without oral argument and no personal appearances on the hearing date should be made.*

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-7372.

**IT IS SO ORDERED.**

DATED: December 12, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ALL COUNSEL